# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| EDO Communications & Countermeasures | ) ASBCA No. 59223 |
| Systems Inc. | ) |
| | ) |
| Under Contract No. N00024-07-C-6311 | ) |

APPEARANCES FOR THE APPELLANT:

Steven M. Masiello, Esq.
Joseph G. Martinez, Esq.
Kelly P. Garehime, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:

E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Robert L. Duecaster, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The captioned appeal was taken from the "Contracting Officer's Final Decision and Demand for Payment," dated 19 December 2013, asserting a government claim based on appellant's alleged noncompliance with Cost Accounting Standards 401 and 410. That decision was withdrawn by the contracting officer on 13 January 2016. On 14 January 2016, the government moved to dismiss the appeal. Appellant has no objection to dismissal of the appeal. Accordingly, the appeal is hereby dismissed without prejudice.

Dated: 11 March 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59223, Appeal of EDO Communications & Countermeasures Systems Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals